# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK NICHOLAS, | : | Civil No. 1:25-CV-01534 |
| Plaintiff, | : | |
| v. | : | |
| TAMMY GIOLA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of December 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis*, Doc. 4, is **DENIED** pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff shall pay the requisite filing fee of requisite filing fee of $405.00 by **January 29, 2026**.

3. Failure to timely pay the filing fee will result in the complaint be dismissed pursuant to 28 U.S.C. § 1914 and Local Rule 4.3.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
